No. 961. UNITED STATES EX REL. DONG YICK YUEN *v.* JOHN F. DUNTON, CHINESE INSPECTOR, ETC. April 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roger O'Donnell* for petitioner. *Mr. Solicitor General Beck* and *Mr. George Ross Hull* for respondent.

No. 260. MISSOURI PACIFIC RAILROAD COMPANY *v.* A. M. BURNETT. [See *ante,* 572.]

No. 734. PLUTO OIL & GAS COMPANY ET AL. *v.* H. C. MILLER. [See *ante,* 573.]

No. 570. W. F. GRAVINS *v.* WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS, ETC. May 5, 1924. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of Virginia denied. *Mr. Robert H. Talley* and *Mr. Joseph W. Cox* for petitioner. *Mr. David H. Leake* and *Mr. Walter Leake* for respondent.

No. 841. JOHN G. CROSLAND *v.* UNITED STATES. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Bart A. Riley* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 932. SAN JOAQUIN LUMBER COMPANY *v.* R. H. DODD, TRUSTEE, ETC., ET AL. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Percy S. Webster* for petitioner. *Mr. Arthur L. Shaw* for respondents.